IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CT-03233-BO

ANGELA SCARBOROUGH,            )
                               )
            Plaintiff,         )
                               )
    v.                         )         ORDER
                               )
CAPTAIN DAWSON, SHERIFF        )
WAYNE COATS, OFFICER SCINTA,   )
AND DETECTIVE LETULI,          )
                               )
            Defendants.        )

Angela Scarborough ("plaintiff") filed this civil rights action pro se pursuant to pursuant to 42 U.S.C. § 1983. Plaintiff filed an amended complaint on December 16, 2025 (DE 5) and subsequently paid the filing fee. The matter now is before the court on plaintiff's motion for leave to proceed in forma pauperis (DE 2) and motion to reclassify this action as a non-prisoner action (DE 4).

The court begins with plaintiff's motion seeking leave to proceed IFP under 28 U.S.C. § 1915. Plaintiff paid the filing fee. Accordingly, plaintiff's motion for leave to proceed IFP is DENIED as MOOT.

The court next addresses plaintiff's motion captioned: "Motion to Reclassify as Non-Prisoner Action and for Prompt Ruling on IFP." See (DE 4). Plaintiff asserts her complaint should not be reviewed pursuant to 28 U.S.C. § 1915A, because she is not a prisoner. Plaintiff, instead, requests that her complaint be reviewed pursuant to 28 U.S.C. § 1915(e)(2). Because plaintiff is not incarcerated and because she paid the filing fee, her complaint is not subject to review pursuant to 28 U.S.C. § 1915A or 28 U.S.C. § 1915(e)(2). Thus, plaintiff's motion is DENIED as MOOT.

In summary, plaintiff's motions (DE 2, 4) are DENIED as MOOT. Plaintiff's amended complaint (DE 5) is the operative complaint in this action, and neither the court nor defendants will address claims asserted in any prior or subsequent filings. See Haughie v. Wexford Health Sources, Inc., No. ELH-18-3963, 2020 WL 1158568, at * 12 (D. Md. Mar. 9, 2020) (citation omitted). The Clerk of Court is DIRECTED to issue the summons in this matter and mail them to plaintiff. Once plaintiff receives the summonses, she may proceed with service on defendants in accordance with the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 4(b)-(c), (m).

SO ORDERED, this the __4__ day of February, 2026

TERRENCE W. BOYLE
United States District Judge